UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYISHA MITCHELL,<br><br>          Plaintiff,<br><br>    v.<br><br>DANIEL J. KINNEY, et al.,<br><br>          Defendants. | Case No. 2:23-cv-08702-JGB (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) the Motion to Dismiss (Docket No. 5) filed by Defendants Kerry R. Bensinger, Sergio C. Tapia, Scott A. Steiner, Richard M. King, Cheri T. Pham and Mary L. Byrne (the "Judicial Defendants") is hereby granted and Plaintiff's 42 U.S.C. § 1983 ("Section 1983") claims and state

law claims alleged against the Judicial Defendants based on the Rooker-Feldman doctrine, the doctrine of absolute judicial immunity from damages, and any claim for injunctive relief against the Judicial Defendants commanding them to engage in certain actions in a prior or pending state court action are dismissed without leave to amend; (2) the Motion to Dismiss (Docket No. 13) filed by Defendant Daniel J. Kinney is hereby granted that all Section 1983 claims alleged against Defendant Kinney on the basis of prosecutorial immunity are dismissed without leave to amend; (3) the Motion to Dismiss (Docket No. 8) filed by Defendant Kel Mitchell aka Asia Mitchell aka Chips & Coinage ("Mitchell") is hereby granted and the Section 1983 claims and state law claims alleged against Defendant Mitchell based on Plaintiff's failure to state a viable claim for relief are dismissed with leave to amend; (4) the Motion to Dismiss (Docket Nos. 10-11) filed by Defendants Joseph Land ("Land") and Nina Shayan Depatie ("Depatie") are hereby granted and the Section 1983 claims and state law claims alleged against Defendants Land and Depatie based on Plaintiff's failure to state a viable claim for relief are dismissed with leave to amend.

    Plaintiff is hereby ordered, if she still desires to pursue this action, to file a First Amended Complaint within thirty (30) days of the date of this Order accepting the Report and Recommendation remedying the deficiencies discussed in the Report and Recommendation. If Plaintiff chooses to file a First Amended Complaint, it should bear the docket number assigned in this case; be labeled "First Amended Complaint"; and be complete in and of itself without reference to the Complaint, or any other pleading, attachment, or document.

DATED: August 20, 2024

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE