JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYISHA MITCHELL,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPUTY DISTRICT ATTORNEY DANIEL J. KINNEY, et al,<br><br>      Defendants. | Case No. 2:23-cv-08702-JGB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 18, 2024

                                             JESUS G. BERNAL
                                             United States District Judge